*JOINTLY SUBMITTED*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIA GARCIA-CRUZ, | CASE NO: 2:16-cv-00025-KJD-GWF |
| Plaintiff, | |
| vs. | |
| BODEGA LATINA CORPORATIONS, a foreign corporation; DOE EMPLOYEE, DOES 1 through 100; and ROE CORPORATIONS 1 through 100, | |
| Defendants. | |

### ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by the parties, by and through their respective counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

DATED this 15 day of September 2016

RICHARD HARRIS LAW FIRM

_____
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No.
801 S. Fourth St.
Las Vegas, NV 89101
Phone: 702- 444-4444
Fax: 702-444-4445
Attorneys for Plaintiff
Antonia Garcia-Cruz

DATED this 15 day of September 2016

BAUMAN, LOEWE, WITT & MAXWELL

*/s/ Michael C. Mills*

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, Ste. 114
Las Vegas, NV  89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendants
Bodega Latina Corp.

IT IS SO ORDERED.

DATED: 9/19/2016

_____
KENT J. DAWSON
U.S. DISTRICT JUDGE

2627509v1